# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Criminal No.: 3:16-cr-00560-JMC-9 |
| v.  ) | |
| ) | **ORDER AND OPINION** |
| ALLISON AMANDA SAULS,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

Defendant Allison Amanda Sauls is currently serving the remainder of her seventy-two (72) month sentence in home confinement under Bureau of Prisons ("BOP") supervision. (ECF No. 559.) This matter comes before the court on Defendant's Motion for Compassionate Release (ECF No. 554), pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a reduction of Defendant's prison sentence to time served or, alternatively, to time served with a period of home confinement as a condition of supervised release. For the reasons set forth below, the court **DENIES AS MOOT** Defendant's Motion for Compassionate Release (ECF No. 554) because Defendant has already been released to home confinement. (*See* ECF No. 559.)

## I.    FACTUAL AND PROCEDURAL BACKGROUND

On March 10, 2017, Defendant entered into a Plea Agreement, pleading guilty to one (1) count of wire fraud in violation of 18 U.S.C. § 1343. (ECF No. 201.) As a result, Defendant was sentenced to seventy-two (72) months of imprisonment. (ECF No. 458.) Defendant has currently served approximately forty (40) months of her sentence. On July 27, 2020, Defendant filed a Motion to Reduce Sentence for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) as a result of her end-stage glaucoma. (ECF No. 554.) Defendant sought relief to reduce her sentence to time served; or, in the alternative, to permit Defendant to serve the remaining period of detention in home confinement. (*Id.*)

1

On October 28, 2020, Defendant was released from Coleman Prison Camp and placed at a halfway house to serve home confinement under the supervision of the BOP. (ECF No. 559.)

## II.    ANALYSIS

Defendant has been released and placed on home confinement at a halfway house. (ECF No. 559.) Therefore, the relief she sought of home confinement in the Motion for Compassionate Release has already been achieved. (ECF No. 554.)

## III.    CONCLUSION

For the foregoing reasons, the court **DENIES AS MOOT** Defendant's Motion for Compassionate Release (ECF No. 554) because Defendant has already been released to home confinement.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

July 21, 2021
Columbia, South Carolina